644

*General Jackson* for the United States. *Mr. George R. Tuttle* for respondent.

No. 426. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LEONARD. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. J. Donald Duncan* and *James B. Alley* for respondent.

No. 427. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* FULLER. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. Lucius F. Robinson* for respondent.

No. 632. CANTWELL ET AL. *v.* CONNECTICUT. See *ante,* p. 626.

No. 638. APEX HOSIERY Co. *v.* LEADER ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Sylvan H. Hirsch, Allen J. Levin, Arno P. Mowitz,* and *Stanley Folz* for petitioner. *Messrs. Isadore Katz* and *A. J. Nydick* for respondents.

No. 662. DAMPSKIBSSELSKABET DANNEBROG ET AL. *v.* SIGNAL OIL & GAS Co. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Lane Summers, W. H.*